STATE OF NEW JERSEY v. TAALIB-DIN NAJI.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROY JAMES BERRY.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MIGUEL G. AYALA.

January 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. AIKEN EDWARDS.

January 20, 1987.

Petition for certification denied.